COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
TRINET HR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINET HR CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRIGEN INSURANCE SOLUTIONS, INC., a Delaware Corporation, and TRIGEN HOLDINGS GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  C 13-01262 MEJ<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND [PROPOSED] ORDER THEREON** |

The parties hereto are engaged in settlement discussions that they anticipate will resolve this matter, and therefore hereby request a 60 day continuance of the Initial Case Management Conference now set for June 27, 2013 and of the other deadlines set by the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated Mar. 20, 2013 (Docket No. 2).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1321473 v1/SF

1.

STIPULATED REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C 13-01262 MEJ

|   |   |
|---|---|
| Dated: June 6, 2013 | Respectfully submitted,<br><br>COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>JEFFREY T. NORBERG (215087)<br><br>_____<br>John W. Crittenden (101634)<br>Attorneys for Plaintiff<br>TRINET HR CORPORATION |
| Dated: June 6, 2013 | COZEN O'CONNOR<br>ERIK L. JACKSON (166010)<br><br>_____<br>Erik L. Jackson (166010)<br>Attorneys for Defendants<br>TRIGEN INSURANCE SOLUTIONS, INC., and<br>TRIGEN HOLDINGS GROUP, INC. |

## ORDER

The Initial Case Management Conference in this matter is hereby continued to August 29, 2013 at 10:00 A.M. in Courtroom B, 15th Floor, San Francisco Courthouse. All other deadlines set by the Court's March 20, 2013 Order Setting Initial Case Management Conference are continued as follows:

August 6, 2013: Last day to:

- Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan (Fed. R. Civ. P. 26(f) and ADR L.R. 3-5);

- File ADR certification signed by parties and counsel (Civil L.R. 16-8(b) and ADR L.R. 3-5(b);

- File either stipulation to ADR Process or Notice of Need for ADR Phone Conference (Civil L.R. 16-8(c) and ADR L.R. 3-5(b, c))

August 20, 2013: Last day to:

- File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1321473 v1/SF

2.

STIPULATED REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C 13-01262 MEJ

Report and file Case Management Statement (Fed. R. Civ. P. 26(a)(1) and Civil L.R. 16-9).

SO ORDERED.

Dated: June 6, 2013

_____
MARIA-ELENA JAMES
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1321473 v1/SF

3.

STIPULATED REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C 13-01262 MEJ