COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff
TRINET HR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINET HR CORPORATION, a California Corporation, <br><br>             Plaintiff, <br><br>     v. <br><br>TRIGEN INSURANCE SOLUTIONS, INC., a Delaware Corporation, and TRIGEN HOLDINGS GROUP, INC., a Delaware Corporation, <br><br>             Defendant. | Case No.  C 13-01262 MEJ <br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Trinet HR Corporation and defendants Trigen Insurance Solutions, Inc. and Trigen Holdings Group, Inc., by and through their undersigned counsel, hereby stipulate that the above captioned action is dismissed with prejudice, with each party to bear its own costs

Dated: August 13, 2013

Respectfully submitted,

COOLEY LLP
JOHN W. CRITTENDEN (101634)
JEFFREY T. NORBERG (215087)

/s/ Jeffrey T. Norberg
Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
TRINET HR CORPORATION

Dated: August 12, 2013

COZEN O'CONNOR
ERIK L. JACKSON (166010)

Erik L. Jackson (166010)
Attorneys for Defendants
TRIGEN INSURANCE SOLUTIONS, INC., and
TRIGEN HOLDINGS GROUP, INC.

## ~~[PROPOSED]~~ ORDER

Having considered plaintiff Trinet HR Corporation and defendants Trigen Insurance Solutions, Inc. and Trigen Holdings Group, Inc.'s Stipulated Dismissal with Prejudice, (the "Dismissal"), the Court finds that the Dismissal should be GRANTED.

IT IS HEREBY ORDERED that all claims asserted in the above-captioned cause are dismissed with prejudice.  Each party shall bear its own costs.

SO ORDERED.

Dated: August 13, 2013

