1  COOLEY LLP
   JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
2  JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA  94111-5800
   Telephone:     (415) 693-2000
4  Facsimile:      (415) 693-2222

5  Attorneys for Plaintiff
   TRINET HR CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | TRINET HR CORPORATION, a California Corporation, | Case No.  C 13-01262 MEJ
12 |                                                   | **STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
   |              Plaintiff,                          |
13 |                                                   |
   |     v.                                            |
14 |                                                   |
   | TRIGEN INSURANCE SOLUTIONS, INC.,                 |
15 | a Delaware Corporation, and TRIGEN                |
   | HOLDINGS GROUP, INC., a Delaware                  |
16 | Corporation,                                      |
   |                                                   |
17 |              Defendant.                           |

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Trinet HR
2   Corporation and defendants Trigen Insurance Solutions, Inc. and Trigen Holdings Group, Inc., by
3   and through their undersigned counsel, hereby stipulate that the above captioned action is
4   dismissed with prejudice, with each party to bear its own costs

6   .

Respectfully submitted,

Dated: August 13, 2013

COOLEY LLP
JOHN W. CRITTENDEN (101634)
JEFFREY T. NORBERG (215087)

*/s/ Jeffrey T. Norberg*

Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
TRINET HR CORPORATION

Dated: August 12, 2013

COZEN O'CONNOR
ERIK L. JACKSON (166010)

Erik L. Jackson (166010)
Attorneys for Defendants
TRIGEN INSURANCE SOLUTIONS, INC., and
TRIGEN HOLDINGS GROUP, INC.

# [~~PROPOSED~~] ORDER

Having considered plaintiff Trinet HR Corporation and defendants Trigen Insurance Solutions, Inc. and Trigen Holdings Group, Inc.'s Stipulated Dismissal with Prejudice, (the "Dismissal"), the Court finds that the Dismissal should be GRANTED.

IT IS HEREBY ORDERED that all claims asserted in the above-captioned cause are dismissed with prejudice. Each party shall bear its own costs.

SO ORDERED.

Dated: August 13, 2013

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATED DISMISSAL WITH PREJUDICE**
**C 13-01262 MEJ**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO